**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HEATH D. LAURIE, | ) | NO. CV 13-2501-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CONRAD GRABER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 28, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE